**Opinion issued February 4, 2014**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-13-01025-CV

_____

**OMAR SALEEM AND AMIRAH SALEEM, Appellants**

**V.**

**KEN NGUYEN, Appellee**

On Appeal from the 281st District Court
Harris County, Texas
Trial Court Case No. 2012-17784

## MEMORANDUM OPINION

Appellants, Omar Saleem and Amirah Saleem, have filed a motion to dismiss the appeal. No other party has filed a notice of appeal, and no opinion has issued. Further, although appellants failed to include a certificate of conference in

their motion, more than 10 days have passed and no party has responded to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Sharp.